**FILED**
Wednesday, 07 July, 2004  03:46:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
                **Plaintiff,**

         vs.                                                    Case Number:  **04-2069**

**PATRICK O. MCCONAHA and**
**M. JANETTE MCCONAHA,,**
                **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that default judgment is entered in favor of the plaintiff and against the defendants.

                        ENTER this 7th day of July, 2004.

                            s/ John M. Waters
                         JOHN M. WATERS, CLERK


                             s/ M. Talbott
                         BY:  DEPUTY CLERK