UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2069 |
| | ) |
| PATRICK O. MCCONAHA and | ) |
| M. JANETTE MCCONAHA, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

Susan Petrea
Community Development Manager
Rural Development
2110 West Park Court
Champaign, IL 61821

Telephone No: 217-398-5201, Ext. 4

2. The common address and other common description, if any, of the real estate is:

1005 Hickory Lane, Monticello, Illinois 61856

3. The legal description of the real estate is:

Lot No. 31 of Lone Beech I Addition to the City of Monticello, according to a survey and plat made by J. Robert Bower, Illinois Land Surveyor, Certificate No. 17, on May 14 and 15, 1956, and recorded in Book 3 of Plats, on page 130, situated in Piatt County, Illinois.

4. The real estate may be inspected prior to sale at the following times:

>   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

>   10:00 A.M. January 13, 2005, inside the main entrance of the Piatt County Courthouse, Monticello, Illinois.

6. The terms of the sale are:

>   10% of purchase price payable at time and place of sale by certified check.  Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale.  If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004 to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.  Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser.  Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 9th day of November 2004.

                              s/Steven D. Deatherage
                              UNITED STATES MARSHAL
                              CENTRAL DISTRICT OF ILLINOIS