UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2069 |
| ) | |
| PATRICK O. MCCONAHA and ) | |
| M. JANETTE MCCONAHA, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF
<u>NOTICE OF MARSHAL'S SALE</u>**

I hereby certify that on the 8th day of December 2004, I electronically filed the Notice of Marshals Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Patrick O. McConaha
1005 Hickory Lane
Monticello, IL 61856

M. Janette McConaha
1005 Hickory Lane
Monticello, IL 61856

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov