**E-FILED**
Wednesday, 12 January, 2005  01:43:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-2069 |
| PATRICK O. MCCONAHA and M. JANETTE MCCONAHA, | ) |
| Defendants. | ) |

### NOTICE OF DEFENDANTS' FILING OF CHAPTER 13 BANKRUPTCY AND CANCELLATION OF U.S. MARSHAL'S SALE

Pursuant to Central District of Illinois Local Rule 16.1, notice is hereby given of a Petition for Relief Under Chapter 13 of the Bankruptcy Code being filed by defendants, PATRICK O. MCCONAHA and M. JANETTE MCCONAHA. Said Petition was filed in the United States Bankruptcy Court for the Central District of Illinois on January 11, 2005, as Case No. 05-90092.

Due to the filing of the instant bankruptcy, the U.S. Marshal's Sale scheduled for January 13, 2005, was canceled and will be rescheduled at a later date.

DATED this 12th day of January 2005.

Respectfully submitted,

JAN PAUL MILLER
United States Attorney

BY:   s/ David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2005, I electronically filed the Notice of Defendants' Filing of Chapter 13 Bankruptcy and Cancellation of U.S. Marshal's Sale with the Clerk of Court using the CM/ECF and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Patrick O. McConaha
>1005 Hickory Lane
>Monticello, IL 61856
>
>M. Janette McConaha
>1005 Hickory Lane
>Monticello, IL 61856

>s/David H. Hoff
>DAVID H. HOFF, Bar No. 1234027
>Assistant United States Attorney
>Attorney for Plaintiff
>U.S. Attorney's Office
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Ph.: 217/373-5875
>Fax: 217/373-5891
>david.hoff@usdoj.gov