**E-FILED**
Friday, 14 January, 2005 04:55:28 PM
Clerk, U.S. District Court, ILCD

**United States Bankruptcy Court**
**Central District of Illinois**

04-2069

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 01/11/2005 at 08:41 AM and filed on 01/11/2005.

**Patrick O. McConaha**
1005 Hickory Lane
Monticello, IL 61856
SSN: xxx-xx-7147

**M. Janette McConaha**
1005 Hickory Lane
Monticello, IL 61856
SSN: xxx-xx-4897

The case was filed by the debtor's attorney:

**Lars Eric Ostling**
201 W Olive St
Bloomington, IL 61701
(309) 827-3030



FILED
JAN 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The case was assigned case number 05-90092.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Hardin W. Hawes**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2005 08:41:08 | | | |
| **PACER Login:** | ob0035 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 05-90092 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |



# OSTLING & ASSOCIATES
## ATTORNEYS AT LAW

201 W. Olive St.
Bloomington, IL 61701

BLOOMINGTON
(309) 827-3030

CHAMPAIGN
(217) 356-3030

CHARLESTON
(217) 345-2525

DANVILLE
(217) 442-3030

DECATUR
(217) 429-3030

EFFINGHAM
(217) 347-3939

GALESBURG
(309) 342-8080

JACKSONVILLE
(217) 479-0909

KANKAKEE
(815) 929-9090

LASALLE
(815) 431-9090

LINCOLN
(217) 735-3030

MACOMB
(309) 837-5050

PEKIN
(309) 347-3033

PEORIA
(309) 676-3030

PONTIAC
(815) 842-3030

QUAD CITIES
(309) 788-3030

QUINCY
(217) 221-9090

SPRINGFIELD
(217) 528-3030

January 12, 2005

U.S. Federal Court
201 S. Vine St.
Urbana, IL 61802

RE: USDA/RHS vs. Patrick O. McConaha
    M. Janette McConaha
    Case No. 04-2069

Please be advised that Mr. and Mrs. McConaha filed a Chapter 13 Bankruptcy in the United States Bankruptcy Court, Central District of Illinois, Danville Division under case number 05-90092 on January 11, 2005.

Please file this information in file for the above case.

If you have any questions please call me at 309-827-3030 or fax at 309-827-3131.

Jennifer Hany
Bankruptcy Assistant

OSTLING & ASSOCIATES
201 W. Olive St.
Bloomington, IL 61701
309-827-3030