E-FILED
Tuesday, 18 January, 2005  01:35:40 PM
Clerk, U.S. District Court, ILCD

## Certificate of Publication in
## PIATT COUNTY JOURNAL-REPUBLICAN

STATE OF ILLINOIS } SS.
COUNTY OF PIATT

United States Attorney
Legal Notice
United States vs.
Patrick O. McConaha, et al
#04-2069

THE NEWS-GAZETTE INC., a corporation organized and existing under the laws of the State of Illinois, dba, PIATT COUNTY JOURNAL-REPUBLICAN hereby certifies that said corporation is the publisher of the PIATT COUNTY JOURNAL-REPUBLICAN, a secular newspaper of general circulation which has been regularly printed and published weekly in the English language in said County and State, for more than six months prior to the first publication of the notice hereinafter mentioned; and that a notice of which the annexed notice is a true copy has been regularly published in said newspaper __one__ time __once__ each week for __four__ successive weeks; that the first publication thereof was on the __15th__ day of __December 2004__; and the last publication thereof was on the __5th__ day of __January 2005__; that said notice was printed in each and every copy and impression thereof of the regular weekly issues of said newspaper printed on each of said dates for general circulation and distribution and generally circulated and distributed to all its subscribers and to the general public.

IN WITNESS WHEREOF, the said NEWS-GAZETTE, INC., publisher as aforesaid, has caused its corporate name to be hereunto executed by its Secretary, or its Manager, this __5th__ day of __January__ 20__05__.

PIATT COUNTY JOURNAL-REPUBLICAN

By _____

Its _____

---

LEGAL        LEGAL        LEGAL
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff,            )
vs.                       ) Case No. 04-2069
PATRICK O. MCCONAHA and   )
M. JANETTE MCCONAHA,      )
    Defendants.           )

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
   Susan Petrea
   Community Development Manager
   Rural Development
   2110 West Park Court
   Champaign, Il 61821
   Telephone No: 217-398-5201, Ext. 4

2. The common address and other common description, if any, of the real estate is:
   1005 Hickory Lane, Monticello, Illinois 61856

3. The legal description of the real estate is:
   Lot No. 31 of Lone Beech I Addition to the City of Monticello, according to a survey and plat made by J. Robert Bower, Illinois Land Surveyor, Certificate No. 17, on May 14 and 15, 1956, and recorded in Book 3 of Plats, on page 130, situated in Piatt County, Illinois.

4. The real estate may be inspected prior to sale at the following times:
   (Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:
   10:00 A.M. January 13, 2005, inside the main entrance of the Piatt County Courthouse, Monticello, Illinois.

6. The terms of the sale are:
   10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2004 to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Upon receipt of the entire purchase price amount, a Certificate of Sale shall be forwarded to the Marshal for execution describing the lands and tenements purchased and the sum paid therefor to be tendered to the purchaser. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 9th day of November 2004.

s/ Steven D. Deatherage
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

12-15, 12-22, 12-29, 1-7