**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| )  Plaintiffs, ) | |
| v.  ) | No. 04-2069 |
| )  PATRICK O. McCONAHA and M. JANETTE McCONAHA, ) | |
| )  Defendants. ) | |

## ORDER

The Court has been advised that Defendants, PATRICK O. McCONAHA and M. JANETTE McCONAHA, have filed for protection under Title 11 of the United States Code.

**ACCORDINGLY, IT IS ORDERED:**

1. On January 14, 2005, a Notice of Automatic Stay from the bankruptcy proceedings was filed with this Court.

2. The parties are hereby ordered to appear before the Honorable Michael P. McCuskey, Courtroom A, 201 S. Vine Street, Urbana, Illinois, on **September 22, 2006,** at **1:15 p.m.,** to show good cause why this suit should not be dismissed due to the pending bankruptcy.

3. If the Title 11 proceedings are dismissed or if there is any change in the automatic stay affecting this case before the date set for the rule to show cause hearing, the parties are ordered to notify this Court and all parties in writing.

4. Failure to comply with this Order will result in appropriate sanctions pursuant to Rule 37.

ENTERED this 23rd day of August, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE