UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-2069 |
| ) | |
| PATRICK O. MCCONAHA and ) | |
| M. JANETTE MCCONAHA, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David H. Hoff, states that the above named defendants have paid their account in full and moves that the complaint in this action be dismissed without prejudice.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. IL 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 27th day of September 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants at their last known addresses:

    Patrick O. McConaha
    1005 Hickory Lane
    Monticello, IL 61856

    Janette M. McConaha
    1005 Hickory Lane
    Monticello, IL 61856

                                          s/David H. Hoff
                                          DAVID H. HOFF
                                          United States Attorney
                                          201 S. Vine Street, Suite 226
                                          Urbana, Illinois 61802
                                          Phone:  217/373-5875
                                          Fax: 217/373-5891
                                          david.hoff@usdoj.gov