UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2069 |
| | ) |
| PATRICK O. MCCONAHA and | ) |
| M. JANETTE MCCONAHA, | ) |
| | ) |
| Defendants. | ) |

<u>RELEASE OF NOTICE OF FORECLOSURE</u>

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on April 12, 2004, and recorded in the Recorder's Office in Piatt County, Illinois, on April 22, 2004, as Document No. 316155, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on April 12, 2004, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: PATRICK O. MCCONAHA and M. JANETTE MCCONAHA

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

Lot No. 31 of Lone Beech I Addition to the City of Monticello, according to a survey and plat made by J. Robert Bower, Illinois Land Surveyor, Certificate No. 17, on May 14 and 15, 1956, and recorded in Book 3 of Plats, on page 130, situated in Piatt County, Illinois.

    (v)  A common address or description of the location of the real estate is as follows:

        1005 Hickory Lane, Monticello, Illinois 61856

    (vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | PATRICK O. MCCONAHA and M. JANETTE MCCONAHA |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture |
| Date of mortgage: | November 28, 1990 |
| Date of recording: | November 30, 1990 |
| County where recorded: | Piatt County, IL |
| Recording document identification: | Recorded in Book 344, Page 848, as Doc. No. 256403 |

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
      DAVID H. HOFF, Bar No. IL 1234072
      United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      Phone:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff,  Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.